# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

### O R D E R

### LD-2025-0004, In the Matter of James E. Ritzo, Esquire

On April 10, 2025, the Attorney Discipline Office (ADO) and counsel for the respondent, Attorney James E. Ritzo, filed a joint petition for Attorney Ritzo's immediate suspension from the practice of law pursuant to Supreme Court Rule 37(10)(b). The joint petition states that suspension is warranted because (1) the respondent is physically and mentally unable to practice law; (2) the respondent has not practiced law since 2018; and (3) the respondent does not intend to practice law again.

Rule 37(10)(b) provides: "If, upon due consideration of the matter, the court concludes that the attorney is incapacitated from continuing to practice law, it shall enter an order suspending the attorney on the ground of such disability for an indefinite period and until the further order of the court, and any pending disciplinary proceeding against the attorney may be held in abeyance." Having reviewed and considered the joint petition, including the appendix, the court concludes that the respondent is incapacitated from continuing to practice law.

Accordingly, the court orders that the respondent, Attorney James E. Ritzo, is immediately suspended from the practice of law in New Hampshire for an indefinite period and pending further order of this court. The respondent is assessed all expenses that may be incurred by the ADO in the investigation and prosecution of this matter. The underlying disciplinary matter involving the respondent shall be stayed pending further order of this court.

The parties' assented-to motion to seal is granted in accordance with Rule 37(20)(g). This order and the assented-to motion to seal shall be public. The joint petition and the appendix shall remain sealed pending further of this court.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

DATE: April 14, 2025

ATTEST:

**Timothy A. Gudas, Clerk**

Distribution:
Elizabeth M. Murphy, Esq.
Russell F. Hilliard, Esq.
James E. Ritzo, Esq.
File