UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:

James E. Ritzo, NH Bar #2163
Date Admitted to USDC Bar: 6/22/1972

DISCIPLINARY PROCEEDINGS
1:25-adr-02-LM

SHOW CAUSE ORDER
DISCIPLINE IMPOSED BY OTHER COURTS

On April 15, 2025, this court received a copy of an order from the New Hampshire Supreme Court immediately suspending James E. Ritzo from the practice of law in the State of New Hampshire.

Pursuant to the provisions of Local Rule 83.5, DR-3, the respondent-attorney is herewith ordered to show cause, if any, why this court should not impose reciprocal discipline. The response should specifically address the elements listed in DR-3(d) and must be filed within thirty (30) days of the service of this order.

The Clerk is herewith directed to serve upon the respondent-attorney, by certified mail, return receipt requested, a copy of this show cause order and of the order received from the New Hampshire Supreme Court.

SO ORDERED.

Dated: April 26, 2025

_____
Chief Judge Landya B. McCafferty

cc:  James E. Ritzo
     Ritzo Law Office
     100 Clough Dr
     PO Box 1137
     Portsmouth, NH 03802

     James E. Ritzo
     125 Islington St
     Portsmouth, NH 03801