Russell F. Hilliard
James F. Raymond
Barton L. Mayer
Heather M. Burns
Lauren Simon Irwin
Michael S. McGrath*
Jeanne S. Saffan**
Susan Aileen Lowry
Michael P. Courtney*
Nathan C. Midolo***
Brooke Lovett Shilo
Todd C. Fahey
Stephanie J. Thomson****
Laura M. Dudziak
Katie Pelletier*
Timothy J. Sullivan
Timothy K. O'Brien
Madeline K. Osbon
Christina H. Kranias

*Of Counsel*
Thomas W. Morse - Retired
Jeffrey R. Crocker - Retired

\* Also admitted in MA
\*\* Also admitted in MA & NY
\*\*\* Also admitted in MN
\*\*\*\*Also admitted in VT



**Serving New Hampshire since 1908**

May 21, 2025

Honorable Landya B. McCafferty
United States District Court
55 Pleasant Street; Room 110
Concord, NH 03301

      Re:    James E. Ritzo; NH Bar #2163
               Disciplinary Proceedings; 1:25-adr-02-LM
               Date Admitted to USDC Bar: 6/22/1972

Dear Judge McCafferty:

    I am writing on behalf of Mr. Ritzo in response to the order issued April 26, 2025.

    As reflected in the New Hampshire Supreme Court order, I represented him there, and the referenced petition was a joint one with the Attorney Discipline Office for the reasons recited.

    Mr. Ritzo has no objection to reciprocal action by the federal district court, and we are happy to provide any additional information that is needed.

                                      Very truly yours,

                                      /s/ Russell F. Hilliard

                                      Russell F. Hilliard
                                      rhilliard@uptonhatfield.com
                                      (603) 436-7046

RFH/sem
cc:    Elizabeth M. Murphy, Esq. (via Electronic Mail only)
       James E. Ritzo (via Electronic Mail only)